USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SAFERN,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE;
CHASE BANK USA, N.A.; EQUIFAX
INFORMATION SERVICES, LLC; and
TRANS UNION, LLC,

    Defendants.

Case No.: 1:19-cv-07379-VEC

## ORDER FOR DISMISSAL

Upon review of the Parties' Stipulation for Dismissal with prejudice of Defendant Equifax Information Services, LLC and good cause appearing,

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC, with the parties to bear their own costs and attorneys' fees.

**IT IS ORDERED**

SO ORDERED.

*[signature]*
2/24/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1