USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
SAMUEL SAFERN, :
:
                                  Plaintiff, :
:
                      -against- : 19-CV-7379 (VEC)
:
: ORDER
BARCLAYS BANK DELAWARE; :
CHASE BANK USA, N.A.; EQUIFAX :
INFORMATION SERVICES, LLC; AND :
TRANS UNION, LLC , :
:
                                  Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 28, 2020, the parties appeared for a conference with this Court;

IT IS HEREBY ORDERED THAT:

1. Jury selection and trial will begin **June 22, 2020 at 10:00 a.m.**

2. Motions *in limine* are due **March 27, 2020**, with responses due **April 10, 2020**.

3. A joint pretrial order, requests to charge, and proposed *voir dire* questions are due **May 8, 2020**. The parties are directed to the Undersigned's Individual Practices in Civil Cases for the required contents of their joint pretrial order. Proposed *voir dire* questions should be focused specifically on the facts of this case.

4. The parties must appear for a final pretrial conference on **June 11, 2020 at 2:30 p.m.**

**SO ORDERED.**

Date: **February 28, 2020**
       **New York, New York**
                                                                 **VALERIE CAPRONI**
                                                                 **United States District Judge**