USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL SAFERN,<br><br>            Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE; CHASE BANK USA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>            Defendants. | Case No.: 1:19-cv-07379-VEC |

## STIPULATION FOR DISMISSAL

Plaintiff Samuel Safern and Defendant Barclays Bank Delaware, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Barclays Bank Delaware. By agreement. Each party is to bear its own fees and costs.

Respectfully submitted this 24th day of April 2020.

By:/s/Daniel C. Cohen
Daniel C. Cohen, NY #5481460
COHEN & MIZRAHI, LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
T: (929) 475-4175
F: (929) 475-4195
   E: dan@cml.legal


David A. Chami, AZ #027585
(Admitted *Pro Hac Vice*)
Price Law Group, APC
8245 N. 85th Way

By: /s/Nana Boyer
Nana Boyer
Reed Smith LLP (NYC)
599 Lexington Avenue
New York, NY 10022
T: (212)-549-0282
F: (212)-521-5450 (fax)
E: njaparidze@reedsmith.com
*Attorney for Defendant,
Barclays Bank Delaware*

1

Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com


*Attorneys for Plaintiff
Samuel Safern*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.


By:/s/Natalie McGuire

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL SAFERN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE;<br>CHASE BANK USA, N.A.; EQUIFAX<br>INFORMATION SERVICES, LLC; and<br>TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-07379-VEC |

## ORDER FOR DISMISSAL

Upon review of the Parties' Stipulation for Dismissal with prejudice of Defendant Barclays Bank Delaware and good cause appearing,

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Barclays Bank Delaware, with the parties to bear their own costs and attorneys' fees.

**IT IS ORDERED**

SO ORDERED.

*/s/ Valerie Caproni*　　4/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE